# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF A.A. BY ITS ADMINISTRATOR HUGO ANGELES and Ar. A., A MINOR, BY HER FATHER AND NEXT FRIEND HUGO ANGELES, *Plaintiffs*, | ) ) ) ) ) ) ) Civil Action No. 3:15-cv-1479 (JCH) |
| v. | ) ) |
| UNITED STATES OF AMERICA, *Defendant/Apportionment Plaintiff* | ) ) ) ) |
| v. | ) ) |
| WINDHAM COMMUNITY MEMORIAL HOSPITAL, *et al.*, *Apportionment Defendants.* | ) ) ) February 15, 2017 |

## NOTICE OF VOLUNTARY DISMISSAL OF APPORTIONMENT DEFENDANT HARTFORD HEALTHCARE CORPORATION

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(c), Defendant United States of America dismisses its third-party claim against the following apportionment defendant *only*: **Hartford HealthCare Corporation**. Counsel for Hartford HealthCare Corporation has represented in correspondence dated February 14, 2017 that, while Hartford HealthCare Corporation is the parent company and sole member of apportionment defendant Windham Community Memorial Hospital, Hartford HealthCare does not provide any medical care.

This dismissal of Hartford HealthCare Corporation is with prejudice and without costs to any party.

                      Respectfully submitted,

                      DEIRDRE M. DALY,
                      UNITED STATES ATTORNEY


By:   /s/ Vanessa Roberts Avery
        Vanessa Roberts Avery (ct21000)
        Brenda M. Green (ct19538)
        Assistant U.S. Attorneys
        United States Attorney's Office
        District of Connecticut
        450 Main Street, Room 328
        Hartford, CT 06103
        Tel:    (860) 947-1101
        Email: vanessa.avery@usdoj.gov

## **CERTIFICATION**

I hereby certify that on February 15, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       /s/ Vanessa Roberts Avery
Vanessa Roberts Avery (ct21000)
Assistant United States Attorney