UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF A.A. BY ITS ADMINISTRATOR HUGO ANGELES and Ar. A., A MINOR, BY HER FATHER AND NEXT FRIEND HUGO ANGELES, *Plaintiffs*, <br><br>v.<br><br> UNITED STATES OF AMERICA, *Defendant/Apportionment Plaintiff* <br><br>v.<br><br> WINDHAM COMMUNITY MEMORIAL HOSPITAL, *et al.*, *Apportionment Defendants.* | Civil Action No. 3:15CV1479 (JCH)<br><br><br><br><br><br><br><br><br><br>March 19, 2019 |

## STIPULATION OF DISMISSAL

It is hereby stipulated that the above-captioned cause of action may be dismissed with prejudice, each party to bear its costs and attorney's fees.

Executed this 23rd day of April, 2019.

        Respectfully submitted,

        Plaintiffs, Estate of A.A., By Its Administrator,
        Hugo Angeles, and Ar. A., a Minor, By Her Father
        And Next Friend, Hugo Angeles

        */s/ Kelly E. Reardon, Esq.*        4/23/19
        Kelly E. Reardon, Esq.        Date
        The Reardon Law Firm, P.C.
        160 Hempstead Street
        P.O. Drawer 1430
        New London, CT   06320
            For the Plaintiff

/s/ Brenda M. Green		4/23/19
Brenda M. Green			Date
Assistant United States Attorney
Federal Bar No. CT19538
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT   06604
　　　For the Defendant

CERTIFICATE OF SERVICE

       I hereby certify that on **April 23, 2019**, a copy of foregoing was filed electronically on opposing counsel.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing.   Parties may access this filing through the Court's CM/ECF System.

       /s/ *Brenda M. Green*
       BRENDA M. GREEN
       ASSISTANT UNITED STATES ATTORNEY